IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN MILLER,<br><br> Plaintiff,<br><br>v.<br><br>SAM'S EAST, INC. d/b/a<br>SAM'S CLUB,<br><br> Defendant. | :<br>:<br>:<br>:<br>:<br>: CASE NO.: 7:21-CV-00064 (WLS)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Before the Court is the Parties' Stipulation of Voluntary Dismissal with Prejudice. (Doc. 13.) Previously, the Court ordered the Parties to show cause in writing for their failure to file a joint proposed pretrial order by the deadline. (Doc. 12.) The Parties have now timely responded that they settled this case but inadvertently failed to file a dismissal. (Docs. 14 & 15.) The Parties now jointly stipulate to dismissal of this action with prejudice. (Doc. 13.)

For the foregoing reasons, the Court accepts the Parties' written responses and **GRANTS** their Stipulation of Dismissal. This action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this 12th day of April 2022.

             /s/ W. Louis Sands
             **W. LOUIS SANDS, SR. JUDGE**
             **UNITED STATES DISTRICT COURT**